UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHARPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. DOER, et al.,<br><br>　　　　　Defendants. | No.  1:25-cv-00011 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(See ECF No. 2 at 2)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SIX-MONTH PRISON TRUST FUND ACCOUNT STATEMENT<br><br>28 U.S.C. § 1915(a)(2)<br><br>PLAINTIFF'S SIGNED IN FORMA PAUPERIS APPLICATION AND HIS SIX-MONTH PRISON TRUST FUND ACCOUNT STATEMENT DUE IN THIRTY DAYS |

　　　Plaintiff, a federal inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1331 as well as other federal and tort law. ECF No. 1.  He has also filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF No. 2.  Plaintiff, however, has not signed his application to proceed in forma pauperis.  See id. at 2.  He has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint, either.  See 28 U.S.C. § 1915(a)(2).

1

Plaintiff will be provided the opportunity to submit a signed copy of his in forma pauperis application and to submit a certified copy of his inmate trust account statement. He will be given thirty days to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's Application to Proceed In Forma Pauperis By A Prisoner form, and

2. Within thirty days from the date of this order, Plaintiff shall file a signed copy of his in forma pauperis application as well as a copy of his six-month prison trust fund account statement with the Court. See 28 U.S.C. § 1915(a)(2).

**Plaintiff is cautioned that failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.**

IT IS SO ORDERED.

Dated:   **January 7, 2025**              /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

2