UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHARPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. DOER, et al.,<br><br>　　　　　Defendants. | No. 1:25-cv-00011 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 4)<br><br>PLAINTIFF'S SHOWING OF CAUSE OR, IN THE ALTERNATIVE, PLAINTIFF'S PAYMENT OF FILING FEE IN FULL OR SIGNED IN FORMA PAUPERIS APPLICATION AND SIX-MONTH PRISON TRUST FUND ACCOUNT STATEMENT DUE IN FOURTEEN DAYS |

　　　　Plaintiff, a federal inmate proceeding pro se, is seeking relief under 42 U.S.C. § 1983. See ECF No. 1 (complaint). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　For the reasons stated below, Plaintiff will be ordered to show cause why this matter should not be dismissed for failure to obey a court order. In the alternative, Plaintiff may either pay the filing fee in full or file a signed application to proceed in forma pauperis along with a copy of his current six-month prison trust fund account statement, consistent with the Court's order. See ECF No. 4. Plaintiff shall have fourteen days to take either course of action.

I.   RELEVANT BACKGROUND

On January 3, 2025, Plaintiff's complaint and his application to proceed in forma pauperis were docketed. ECF Nos. 1, 2. On January 7, 2025, Plaintiff was ordered to file a signed application to proceed in forma pauperis as well as a copy of his six-month trust fund account statement. ECF No. 4. He was given thirty days to do so. Id. at 2.

More than thirty days have now passed and Plaintiff has not filed a signed application to proceed in forma pauperis along with a copy of his six-month prison trust fund account statement. He has not responded to the Court in any way.

II.   DISCUSSION

Both the Court and the public have an interest in the disposal of cases in an expedient manner. See generally Hernandez v. City of El Monte, 138 F.3d 393, 399 (9th Cir. 1998) (presuming public has interest in expeditious litigation). Plaintiff's failure to file a signed application to proceed in forma pauperis, along with a six-month prison trust fund account statement as required by law (see 28 U.S.C. § 1915(a)(2)) has stalled this process. For these reasons, the instant order directing Plaintiff to show cause why this matter should not be dismissed for failure to obey court orders is warranted.

Because Plaintiff has had since January 7, 2025, to comply with the Court's initial order which directed him to file a proper in forma pauperis application, Plaintiff will only be given fourteen days to respond to this order. As an alternative to Plaintiff filing the showing of cause, within the same fourteen-day period, Plaintiff may instead either pay the filing fee in full or, submit an application to proceed in forma pauperis along with a copy of the certified six-month prison trust fund account statement as he was previously ordered to do.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's in forma pauperis application for a prisoner;

2. Within fourteen days from the date of this order, shall SHOW CAUSE why this matter should not be dismissed for failure to obey court orders, or

3. As an ALTERNATIVE to filing the showing of cause, and within fourteen days from

2

the date of this order, Plaintiff may either pay the filing fee in full or submit a signed application to proceed in forma pauperis along with a copy of his certified six-month prison trust fund account statement. See 28 U.S.C. § 1915(a)(2).

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated: **February 26, 2025**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE